# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| VEN AIR UNLIMITED COMPANY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL DYNAMICS CORPORATION,<br><br>　　　　　　Defendant. | Civil Case No.<br>1:20-cv-03091 (MHC) |

## GENERAL DYNAMICS' NOTICE OF MOTION TO DISMISS AND/OR STAY PROCEEDINGS PENDING ARBITRATION

**PLEASE TAKE NOTICE** that Defendant General Dynamics Corporation ("GD") will respectfully move this Court pursuant to Federal Rule of Civil Procedure 12(b)(1) to dismiss the above-referenced actions without prejudice and/or stay the proceedings pending resolution of ongoing arbitration proceedings.

　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　*s/ Shawn A. Kachmar*
　　　　　　　　　　　　　　　　SHAWN A. KACHMAR
　　　　　　　　　　　　　　　　Georgia Bar No. 405723
　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　Hunter, Maclean, Exley & Dunn, P.C.
　　　　　　　　　　　　　　　　P.O. Box 9848
　　　　　　　　　　　　　　　　200 East Saint Julian Street
　　　　　　　　　　　　　　　　Savannah, Georgia 31412-0048
　　　　　　　　　　　　　　　　Tel: (912) 236-0261
　　　　　　　　　　　　　　　　Fax: (912) 236-4936
　　　　　　　　　　　　　　　　E-mail: skachmar@huntermaclean.com

–and –

Michael A. Doornweerd (pro hac vice to be filed)
Illinois Bar No. 6236979
Shanna H. Rifkin (pro hac vice to be filed)
Illinois Bar No. 6331886
*Attorneys for Defendant*
Jenner & Block
353 N. Clark Street
Chicago, Illinois 60654-3456
Tel: (312) 222-9350
Fax: (312) 527-0484
Email: MDoornweerd@jenner.com
Email: SRifkin@jenner.com

## **CERTIFICATE OF SERVICE AND COMPLIANCE**
## **WITH FONT SIZE AND TYPE**

I hereby certify that the foregoing document was prepared using Times New Roman 14 point type as required by Local Rule 5.1(C).

I further certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF systems which will automatically send email notification of such filing to all counsel of record.

Respectfully submitted this 28th day of July, 2020.

*s/ Shawn A. Kachmar*
Shawn A. Kachmar
Georgia Bar No. 405723